UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

 v.

SAXTON F. MASON,

    Defendant.

Case No. CR12-237-JCC

**DETENTION ORDER**

Offense charged:

 Conspiracy to Distribute Oxycodone.

Date of Detention Hearing: September 4, 2012.

 The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

 Defendant is charged with an offense that carries a presumption of detention. He has not overcome that presumption. Defendant has few ties the community. He is from Illinois, and was

DETENTION ORDER - 1

unable to provide a stable and appropriate residence to release to. Apparently, he has been in the district only since this year. If the government's proffer is accurate, since arriving here, he has spent time traveling to California to further the drug conspiracy. Defendant has no known occupation here. According to the government, he has been running a "crack house" and additional charges are forthcoming. Defendant also has a lengthy criminal history going back twenty years. On one occasion, he escaped from custody.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 4th day of September, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge