# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>RAHMAN JOHNSON,<br><br>　　　　　　　　Defendant. | NO. CR12-237-JCC<br>　　　MJ12-643<br><br><br>ORDER REVOKING BOND AND<br>DETENTION ORDER |

<u>Offenses charged</u>:

　　　CR12-237-JCC　　　Bond Violation

　　　MJ12-643　　　Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(a)(1)

<u>Bond Revocation</u>:　December 5, 2012

　　　On September 5, 2012, defendant appeared for a detention hearing before the undersigned Magistrate Judge after which defendant was released on an appearance bond that included restrictions that he not commit any violations of law.

　　　On December 4, 2012, Pretrial Services filed a Petition for Warrant for Defendant Under Pretrial Services Supervision, alleging that the defendant had violated the terms and conditions of his bond as follows:

ORDER REVOKING BOND AND
DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

1. Mr. Johnson has violated the bond condition that he not commit a federal, state, or local crime during the period of release by incurring a new criminal offense of Felon in Possession of a Firearm on or about November 28, 2012, in Auburn, Washington.

This is the subject of the complaint in MJ12-643.

On December 4, 2012, the defendant made his initial appearance at a bond revocation hearing before U.S. Magistrate Judge Karen L. Strombom. He was advised of his rights in connection with the Petition for Warrant for Defendant Under Pretrial Services Supervision. He was advised of the bond violation allegation. He denied alleged violation 1.

On December 5, 2012, defendant appeared for an evidentiary hearing on alleged violation 1. On the basis of the probable cause showing in the complaint in MJ12-643, Defendant was found to have violated the terms and conditions of his supervised release.

Pursuant to CrR 32.1, CrR46(c) and 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) On September 5, 2012, defendant was released on bond with pretrial supervision and special conditions.

(2) The defendant has failed to abide by the terms of his bond, as set forth in the bond violation allegations above.

(3) There appear to be no conditions or combination of conditions other than detention that will reasonably assure the defendant's appearance at future Court hearings as required, and that will address the risk of the defendant's danger to the community.

IT IS THEREFORE ORDERED:

(1) Defendant's bond is hereby revoked;

(2) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(5) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 5th day of December, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER REVOKING BOND AND
DETENTION ORDER
18 U.S.C. § 3142(i)
Page 3